1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11 | CHARLES CATHY,                          )   NO. ED CV 10-0049 R (FMO)
                                           )
12 |               Plaintiff,               )
                                           )
13 |        v.                              )   **ORDER TO SHOW CAUSE**
                                           )
14 | R.M. SANCHEZ, et al.,                  )
                                           )
15 |               Defendants.              )
   |_____)

16

17   By order dated January 14, 2010, plaintiff was ordered to serve the summons and

18 complaint ("Complaint") on all named defendants in this action within sixty (60) days of the filing

19 of the Complaint, which was filed on January 12, 2010.  It appears from the record that plaintiff has

20 failed to complete service as ordered or file the proof of service.  Nor has plaintiff filed a request

21 for an extension of time in which to do so.

22   Accordingly, **IT IS HEREBY ORDERED THAT**, **on or before May 12, 2010,** plaintiff shall

23 show cause, if any there be, why this action should not be dismissed for plaintiff's failure to

24 complete service of the summons and Complaint as required by Rule 4(m), Federal Rules of Civil

25 Procedure.  **Plaintiff shall attempt to show such cause in writing by filing a declaration**

26 **signed under penalty of perjury.  Failure timely to file such a declaration or to show cause**

27 **/ / /**

28 **/ / /**

1 | **as ordered may result in dismissal of this action for failure to prosecute.  Filing of the proof**

2 | **of service shall be a satisfactory response to the Order to Show Cause.**

3 | **IT IS SO ORDERED.**

4 | Dated this 13th day of April, 2010.

5

6 | /s/
_____
Fernando M. Olguin

7 | United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28