# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CATHY,<br><br>        Plaintiff,<br><br>        v.<br><br>R.M. SANCHEZ, et al.,<br><br>        Defendants. | NO. ED CV 10-0049 R (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 14, 2010.

                                                    MANUEL L. REAL<br>
                                        UNITED STATES DISTRICT JUDGE